# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| EDDIE HAROLD BILLINGS, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:13-cv-025-JMS-MJD |
| | ) | |
| US DEBATE ELECTION DISTRICT OF COLUMBIA COMMISSIONER, et al. | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## Entry and Order Dismissing Action

### I.

The plaintiff's motion to proceed *in forma pauperis* [2] is **granted.**

### II.

The plaintiff sues the US Debate Election District of Columbia Commissioner, Pope Commissioner, Connecticut State Bishop Commissioner, and Indiana State Bishop Commissioner. He alleges his claims are brought under the jurisdiction of the Debate Election Office and IC Codes.

He alleges that "the Bishop of the US was to be placed with a comment and then the [sic] had the option to take actions of which they are the ones to sign legislative documents and pass them down throughout the Senate's offices and the U.S. Congress office." The relief he seeks is "[t]he correct passed down through Congress relief legislative."

The complaint fails to state a claim upon which relief can be granted. *Jones v. Bock,* 127 S. Ct. 910, 921 (2007)("A complaint is subject to dismissal for failure to state a claim if the allegations, taken as true, show that plaintiff is not entitled to relief."); *Pugh v. Tribune Co.*, 521 F.3d 686, 699 (7th. Cir. 2008)(a complaint falls within this category if it "alleg[es] facts that show there is no viable claim@).

The dismissal of the action pursuant to 28 U.S.C. § 1915(e)(2)(B) is now mandatory.

## III.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**


**Date:** 01/15/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Eddie Harold Billings, Jr.
520 E. Market Street
Indianapolis, IN 46204**